United States District Court
Southern District of Texas
**ENTERED**
July 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GWENDOLYN WRIGHT, | § |
| *Plaintiff*, | § CIVIL ACTION NO. 4:17-cv-01666 |
| v. | § JURY TRIAL DEMANDED |
| LBAM INVESTOR GROUP, LLC d/b/a LBA HOSPITALITY and/or LBA PROPERTIES | § |
| *Defendant.* | § |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court upon the Motion to Withdraw of Jay D. Ellwanger and the law firm of DiNovo Price Ellwanger LLP, and after considering the Motion to Withdraw, and otherwise being duly advised in the premises and for good cause shown, the Court finds that the Motion is due to be **GRANTED**.

Accordingly, Jay D. Ellwanger and the law firm of DiNovo Price Ellwanger LLP are **HEREBY ORDERED WITHDRAWN** from the representation of Gwendolyn Wright in this case and are relieved of any and all further obligations on behalf of this Plaintiff.

It is **FURTHER ORDERED** that all further pleadings, motions, discovery, orders, notices, and other communications concerning this matter and the matter filed by Gwendolyn Wright (Wright v. LBA et al, Case No. 4:17-cv-01838) shall be sent to Gwendolyn Wright affected herein as a pro-se party at the address indicated below:

3018 Ribbon Creek Way
Spring, TX 77389

SIGNED at Houston, Texas, this 12th day of July, 2017.

_Melinda Harmon_